SPIRES *v.* BOTTORFF, JUDGE.

[No. O-246. Filed January 8, 1952.]

*Marvin Spires, pro se.*

PER CURIAM.—Petitioner filed his verified motion seeking a writ of mandate against respondent to compel him to perform certain acts relating to matters allegedly pending in the Clark Circuit Court.

Petitioner has failed to comply with Rule 2-35 of this court, 1949 Revision, which provides for the filing of certified copies of all pleadings, orders and entries pertaining to the subject matter, and the petition herein is, therefore, dismissed.

NOTE.—Reported in 102 N. E. 2d 761.